### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 15-cv-01040-REB

LISA J. RIVERA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

    This matter is before the court *sua sponte*. The parties have indicated their intent under D.C.COLO.LCivR 72.2(d) to consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). (*See* **Joint Case Management Plan** ¶ 10 [#13], filed August 12, 2015.) To effectuate that consent, the parties must file the form required under Rule 72.2(d), entitled "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge," a copy of which is attached to this Order.[1] If the parties persist under Rule 72.2(d) in their consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), they should complete and file the consent form attached to this Order.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That by September 23, 2015, the parties may sign and file the attached form of consent; and

---

[1] A paradigm of this form also is available on the court's website under "Rules & Procedures" at "Forms" and then under "Local Rules of Practice Forms."

2. That on completion of pre-merits management, the court shall issue an appropriate order of reference directing the clerk of the court to assign this matter to a United States Magistrate Judge.

Dated September 9, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge